UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

January 9, 2012

Nos. 09-3467, 09-3731 & 09-3965

UNITED STATES OF AMERICA

v.

CHRISTOPHER G. WRIGHT,
                                        Appellant (No. 09-3467)
            RAVINDER S. CHAWLA,
                                        Appellant (No. 09-3731)
            ANDREW TEITELMAN.
                                        Appellant (No. 09-3965)

(E.D. Pa. No. 2-08-cr-00450-001/002/004)

Present:      AMBRO, CHAGARES and VANASKIE, Circuit Judges

    1.    Motion by Appellee USA to Amend the Court's Opinion dated January 04,
          2012;  and

    2.    Letter Response by Appellant, Christopher G. Wright, in Opposition to
          Motion to Amend the Court's Opinion dated January 04, 2012.

                                        Respectfully,
                                        Clerk/dwb

_____ **O R D E R** _____

The foregoing motion by Appellee to amend the Court's Opinion dated January 4, 2012
is denied.  The letter response  construed as a cross-motion by Appellant, Christopher G.
Wright  in opposition to the motion to amend is granted in part and denied in part.  The
opinion is amended as follows:  on page 10, first full paragraph, lines 6-7, replace "with
the intent" with "intending, in exchange for the benefits,".

                              By the Court,

                              /s/ Thomas L. Ambro, Circuit Judge

Dated:    February 7, 2012

DWB/cc:

    Jennifer A. Williams, Esq.
    Lisa A. Mathewson, Esq.
    Michael J. Bresnick, Esq.
    Peter Goldberger, Esq.
    Ellen C. Brotman, Esq.